| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Dana Faith Travis SBN: 245316<br>Donna Poulsen Travis  SBN:  92357<br>THE TRAVIS LAW FIRM<br>4294 ORANGE STREET<br>RIVERSIDE, CA  92501<br>951-274-9501<br>FAX: 951-778-9621 | FOR COURT USE ONLY |
|---|---|

○ *Individual appearing without attorney*
◉ *Attorney for:* Debtors

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - <u>RIVERSIDE DIVISION</u>DIVISION

| In re:<br> CHARLES WOOD<br>JUANITA WOOD | CASE NO.: 6:18-bk-14397-SY<br><br>CHAPTER 13 |
|---|---|
| | **DEBTOR'S MOTION FOR AUTHORITY<br>TO SELL REAL PROPERTY<br>UNDER LBR 3015-1(p)** |
| Debtor(s). | [No Hearing Required] |

Debtor moves this court for an order authorizing the Debtor to sell the real property, described below, pursuant to the terms and conditions described herein.

1.  Debtor's Chapter 13 Plan (Plan) was confirmed on: <u>5/24/2018</u>

2.  Debtor wishes to sell the real property (Property) located at:
    <u>444 Myrtlewood Drive</u>
    <u>Calimesa, CA  92320</u>

The Property is more particularly described in Exhibit "A" attached hereto.

☐ Debtor wishes to modify the Plan for early payment of the Plan as described in the *Motion to Modify Plan* submitted by Debtor concurrently with this Motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. The sale price of the Property is $ 390,000.00 _____. The following are all of the encumbrances of record against the Property:

   a. RUSHMORE LOAN MANAGEMENT servicer for US Bank    $219,523.03 _____
   b. _____
   c. _____
   d. _____
   e. _____

   *(Add additional page if necessary)*

4. After payment of the foregoing encumbrances and all costs of sale:

   ☑ there will remain the approximate sum of $ 140,575.92 _____; OR
   ☐ no proceeds will remain.

5. ☑ (a) The chapter 13 trustee is hereby authorized to make demand upon escrow for sufficient funds to pay off the Plan with a:

   ☑ 100% dividend to unsecured creditors; OR
   ☐ _____% divided as indicated in the confirmed plan.

   After escrow's payment of the encumbrances listed above, any remaining funds shall be paid directly to debtor.

   **OR**

   ☐ (b) The chapter 13 trustee is hereby authorized to make demand upon escrow for the balance remaining after escrow's payment of the encumbrances listed above even though the amount is insufficient to pay off the Plan. The sale is for the fair market value of the Property.

6. The escrow is being processed by:

   | | |
   |---|---|
   | Escrow company name: | Lawyers Title |
   | Address: | 625 E. Carnegie Drive #105 |
   | | San Bernardino, CA  92408 |
   | Telephone: | 909-963-5572 |
   | Facsimile: | E-FAX 866-643-4249 |
   | Escrow officer: | TAMMI SELTER |
   | Escrow number: | SBL25174 |

7. Supporting documents attached to this Motion are:

   a. Exhibit A – Legal description with street address
   b. Exhibit B – Escrow instructions and documents
   c. Exhibit C – Estimated closing statement
   d. Exhibit D – Schedules I and J of the bankruptcy petition

9. Debtor agrees to provide to chapter 13 trustee a certified copy of the escrow closing statement within 14 days of the close of escrow as a condition to any approval of this motion.

Date: 10/31/22

_____
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: 10/31/22

_____
Deceased – Charles F Wood
Debtor

Date: 10/31/22

_____
Juanita D Wood
Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 3015-1.16.MOTION.SELL.RP

# CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE

### RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
15-11 (REV 1/96)

3052021292896

3202133019323

STATE FILE NUMBER

LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| CHARLES | E. | WOOD |

AKA, ALSO KNOWN AS—(Include FULL AKA (FIRST, MIDDLE, LAST))

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR / Months / Days | IF UNDER 24 HOURS / Hours / Minutes | 6. SEX |
|---|---|---|---|---|
| 01/04/1940 | 81 | | | M |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP (at Time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hour) |
|---|---|---|---|---|---|
| IA | 1163 | [X] YES [ ] NO [ ] UNK | MARRIED | 11/09/2021 | 2133 |

| 13. EDUCATION—Highest Level/Degree | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) | 16. DECEDENT'S RACE—Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| ASSOCIATE | YES [ ] [X] NO | CAUCASIAN |

| 17. USUAL OCCUPATION—Type of work for most of life, DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| POLICE DETECTIVE | COUNTY GOVERNMENT | 20 |

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location)
444 MYRTLEWOOD DRIVE

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| CALIMESA | RIVERSIDE | 92320 | 13 | CA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| JUANITA GENEVIEVE WOOD, WIFE | 444 MYRTLEWOOD DRIVE, CALIMESA, CA 92320 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) | |
|---|---|---|---|
| JUANITA | GENEVIEVE | HOWARD | |

| 31. NAME OF FATHER/PARENT—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| ARLEY | WESLEY | WOOD | IA |

| 35. NAME OF MOTHER/PARENT—FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| EVELYN | DORSET | SMITH | TX |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION | RIVERSIDE NATIONAL CEMETERY | |
|---|---|---|---|
| 12/01/2021 | 22495 VAN BUREN BLVD, RIVERSIDE, CA 92518 | | |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CREMATE/BURIAL | ▶ NOT EMBALMED | |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| WEAVER - HUGHES MORTUARY | FD1842 | ▶ GEOFFREY LEUNG, M.D., ED. M. | 11/30/2021 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE: [ ] IP [ ] ER/OP [ ] DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: [ ] Hospice [ ] Nursing Home/LTC [X] Decedent's Home [ ] Other |
|---|---|---|
| RESIDENCE-HOSPICE | | |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| RIVERSIDE | 444 MYRTLEWOOD DRIVE | CALIMESA |

**CAUSE OF DEATH**

107. CAUSE OF DEATH (Enter the chain of events—diseases, injuries, or complications—that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.)

| | | | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) | CHRONIC OBSTRUCTIVE PULMONARY DISEASE WITH EXACERBATION | MOS | [ ] YES [X] NO |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) | | | 109. BIOPSY PERFORMED? [ ] YES [X] NO |
| | (C) | | | 110. AUTOPSY PERFORMED? [ ] YES [X] NO |
| | (D) | | | 111. USED IN DETERMINING CAUSE? [ ] YES [ ] NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| NO | [ ] YES [ ] NO [ ] UNK |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since: 03/02/2021   Decedent Last Seen Alive: 11/09/2021 | ▶ SIVAKAMI KUMARASAMY SIVAPALAN, MD | A64125 | 11/25/2021 |
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: SIVAKAMI K SIVAPALAN, MD  1461 E. COOLEY DRIVE STE.200, COLTON, CA 92324 | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hour) |
|---|---|---|---|
| MANNER OF DEATH: [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined | [ ] YES [ ] NO [ ] UNK | | |

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)

125. LOCATION OF INJURY (Street and number, or location, and city, and zip)

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ | | |

**STATE REGISTRAR**

| A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

---

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.



DATE ISSUED **Dec 20, 2021**

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.
PRINTED Item 0572

*002023557*



COUNTY OF RIVERSIDE
REGISTRAR
OF
VITAL RECORDS
MAY 9, 1893

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4294 ORANGE STREET  RIVERSIDE, CA  92501

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1 (p)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 10/31/22, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
US TRUSTEE ustpregion16.rs.ecf@usdoj.gov
CHAPTER 13 TRUSTEE notice-file@rodan13.com
DEBTORS ATTORNEY thetravislawfirm@aol.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) 10/31/22, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
CHAPTER 13 TRUSTEE Rod Danielson 3787 University Ave. Riverside, CA  92501

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 10/31/22, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Scott Yun, US Bankruptcy Judge  3420 12th St. Ctrm 302  Riverside, CA  92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/31/22 _____ DANA FAITH TRAVIS _____     _____Dana Faith Travis_____
Date              Printed Name                                            Signature

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-6
Case 6:18-bk-14397-SY
Central District of California
Riverside
Tue Oct 25 08:33:58 PDT 2022

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Village Capital & Investment, LLC
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

Village Capital & Investment, LLC
Zieve, Brodnax & Steele, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Ace Cash Express
6302 Van buren Blvd
Riverside, CA 92503-2051

Axcess Financial
7755 Montgomery Rd
Suite 400
Cincinnati, OH 45236-4197

Cash Central
Attn: Bankruptcy
84 East 2400 North
North Logan, UT 84341-2902

Credit One Bank
Attn: Bankruptcy
Po Box 98873
Las Vegas, NV 89193-8873

(p)EASYPAY FINANCE
PO BOX 2549
CARLSBAD CA 92018-2549

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

First Premier Bank
Po Box 5524
Sioux Falls, SD 57117-5524

LA Cash Advance
955 E St
San Bernardino, CA 92401

LVNV Funding, LLC its successors and assigns
assignee of Capital One Bank (USA), N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of MEC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding/Resurgent Capital
Po Box 10497
Greenville, SC 29603-0497

LVNV Funding/Resurgent Capital
c/o Nelson & Kennard
2180 Harvard St Ste 160
Sacramento, CA 95815-3314

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804-9001

NAVIENT CFC
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

National Credit Adjusters, LLC
327 W 4th Ave.
Po Box 3023
Hutchinson, KS 67504-3023

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773-9500

OneMain
PO Box 3251
Evansville, IN 47731-3251

OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville, IN 47708-1013

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Quantum3 Group LLC as agent for
ACE Cash Express INC
PO Box 788
Kirkland, WA 98083-0788

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-5004

Speedy Cash
270 E Baseline
San Bernardino, CA 92410-3731

Speedy/Rapid Cash
P.O. Box 780408
Wichita, KS 67278-0408

Synchrony Bank/Walmart
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Village Capital & Investment, LLC
1 Corporate Drive, Suite 360
Lake Zurich IL 60047-8945

Village Capital/dovnem
1 Corporate Dr Ste 360
Lake Zurich, IL 60047-8945

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

Charles Edgar Wood
444 Myrtlewood Dr.
Calimesa, CA 92320-1503

Dana Travis
The Travis Law Firm
4294 Orange St.
Riverside, CA 92501-3827

Juanita Genevieve Wood
444 Myrtlewood Dr.
Calimesa, CA 92320-1503

Rod Danielson (TR)
3787 University Avenue
Riverside, CA 92501-3332

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Duvera Collections
Attention: Bankruptcy Department
Po Box 2549
Carlsbad, CA 92018

First National Credit Card/Legacy
First National Credit Card
Po Box 5097
Sioux Falls, SD 51117

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)ROSEMORE LOAN MANAGEMENT SERVICES LLC

(u)U.S. Bank National Association not in its

End of Label Matrix
Mailable recipients    38
Bypassed recipients     3
Total                  41

# EXHIBIT A

# Lawyers Title

**Title Officer:** Nikki Dekterov ✉

Title #                                                                                                   444 Myrtlewood Drive, Calimesa, California ◉

## LEGAL DESCRIPTION

Trouble viewing the embedded document? Download HERE

File No:

### EXHIBIT "A"

#### Legal Description

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF
RIVERSIDE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 10 OF GARDEN AIR ESTATES, IN THE CITY OF CALIMESA, COUNTY
OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN
BOOK 32, PAGE 27 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER
SAID COUNTY, STATE OF CALIFORNIA.

ASSESSOR'S PARCEL NUMBER: 411-251-010

Page   1   /   1

# EXHIBIT B

Case 6:18-bk-14397-SY   Doc 81   Filed 10/31/22   Entered 10/31/22 11:10:08   Desc
of 10/24/2022 12:21:58 PM Main Document   Page 10 of 16

Page 1



Lawyers Title Company
625 E. Carnegie Drive, Suite 105 San Bernardino CA 92408
Phone: (909) 963-5588
Fax: (909) 963-5589
Escrow Officer: Tammi Selter
Escrow Officer Email: TSelter@ltic.com



## Seller's Settlement Statement - Estimated

**Property:** 444 Myrtlewood Drive, Calimesa, CA 92320

**Seller:** Juanita G. Wood

**Closed Date:**
**Est. Closing Date:** 11/8/2022
**Escrow Number:**

|  | Debits | Credits |
|---|---|---|
| **Purchase Price** |  |  |
| Purchase Price |  | $390,000.00 |
| **Payoff 1 (Total Payoff: $221,556.78)** |  |  |
| Principal to Rushmore Loan Management Services LLC | $219,525.03 |  |
| Interest from 10/1/2022 thru 11/10/2022 @ $18.2938/day | $731.75 |  |
| Recon/Recording Fee | $225.00 |  |
| Recoverable Advance | $1,075.00 |  |
| **Sales Commission** |  |  |
| Listing Commission to Coldwell Banker Kivett Teeters | $13,650.00 |  |
| Selling Commission to Coldwell Banker Kivett Teeters | $9,750.00 |  |
| **Prorations / Credits** |  |  |
| County Taxes (Paid) $1,297.28/6 mos 11/8/2022 to 1/1/2023 |  | $381.98 |
| **Escrow Charges** |  |  |
| FTB Processing Fee to Lawyers Title Co | $45.00 |  |
| **Escrow Fees** |  |  |
| Escrow Fees to Lawyers Title Co | $1,130.00 |  |
| **Title Charges** |  |  |
| Owner's Coverage ($390,000) to Lawyers Title Company | $1,419.00 |  |
| **Recording Fees / Transfer Taxes** |  |  |
| County Transfer Taxes | $429.00 |  |
| Recording Affidavit | $105.00 |  |
| **Additional Settlement Fees** |  |  |
| Water Stock Transfer to South Mesa Water Company | $125.00 |  |
| Property Disclosure Reports to Property I.D. | $99.00 |  |
| Property Tax - First Half 2022-2023 to Riverside County Tax Collector | $1,297.28 |  |
| **Additional Services** |  |  |
| Seller Funds Held for Final Accounting | $200.00 |  |
| **Proceeds to Seller** | **$140,575.92** |  |
| **Totals:** | **$390,381.98** | **$390,381.98** |

This is an estimated closing statement and is subject to changes, corrections or additions at the time of final closing.

Signed on this _____ day of _____,_____.

_____
**Juanita G. Wood**

**Lawyers Title**

Title Officer: Nikki Dekterov ✉

Title #: _____                                   444 Myrtlewood Drive, Calimesa, California ⌖

## VESTING

[ Trouble viewing the embedded document? Download HERE ]

---

RECORDING REQUESTED BY:
LAWYERS TITLE

RECORDING REQUESTED BY
Lawyers Title - IE
AND WHEN RECORDED MAIL TO:
Juanita G. Wood
444 Myrtlewood Drive
Calimesa, California 92320

APN: 411-251-010
Escrow No:
Title No: 622693927

DOC # 2022-0376353
08/30/2022 10:59 AM Fees: $105.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by BONNIE #821

Space above this line for Recorder's use

### AFFIDAVIT OF DEATH
### Community Property with Right of Survivorship

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO _____ } ss:

Juanita G. Wood of legal age, being first duly sworn, deposes and says:

1.  Charles E. Wood is the decedent mentioned in the attached certified copy of Certificate of Death, who died on November 09, 2021, at 444 Myrtlewood Drive, Calimesa, California 92320.
2.  Declarant is the surviving spouse of Decedent and was married to Decedent on the date of death.
3.  Declarant and Decedent are the same persons who are named as grantees in that certain deed dated September 16, 2010, executed by James A. Hands, III and Grisel Hands in favor of the grantees as community property with right of survivorship, recorded on October 25, 2010, as Instrument No. 2010-0509972, Official Records of Riverside County, California, describing the following real property:

    For legal description of the real property, see Exhibit A attached hereto and made a part hereof.

    Commonly known as: 444 Myrtlewood Drive, Calimesa, California 92320

Dated: 8-29-22        _Juanita G Wood_
                         Juanita G. Wood

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF San Bernardino } ss:

                                              Page   1 / 3

Subscribed and sworn to (or affirmed) before
2022 by Juanita G Wood

# EXHIBIT C

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Charles Edgar Wood** |
| Debtor 2 (Spouse, if filing) | **Juanita Genevieve Wood** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed ■ Not employed | ☐ Employed ■ Not employed |
| | Occupation | retired | retired |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1    **Charles Edgar Wood**
Debtor 2    **Juanita Genevieve Wood**                                    Case number (if known) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

**5.    List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a.    Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b.    Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c.    Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d.    Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e.    Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f.    Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g.    Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h.    Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6.    Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

**7.    Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

**8.    List all other income regularly received:**

8a.    **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b.    **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c.    **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d.    **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e.    **Social Security**    8e.    $ 676.00    $ 469.00

8f.    **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g.    **Pension or retirement income**    8g.    $ 4,794.00    $ 3,206.00

8h.    **Other monthly income. Specify:** _____    8h.+    $ 0.00 +    $ 0.00

**9.    Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 5,470.00    $ 3,675.00

**10.    Calculate monthly income.** Add line 7 + line 9.    10.    $ 5,470.00 +    $ 3,675.00 =    $ 9,145.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.    State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.    +$ 0.00

**12.    Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 9,145.00

Combined
monthly income

**13.    Do you expect an increase or decrease within the year after you file this form?**
■    No.
☐    Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Charles Edgar Wood** |
| Debtor 2 (Spouse, if filing) | **Juanita Genevieve Wood** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.

   ■ Yes. Does Debtor 2 live in a separate household?

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?  ■ No

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent...........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No |
| _____ | _____ | ☐ Yes |
| | | ☐ No |
| _____ | _____ | ☐ Yes |
| | | ☐ No |
| _____ | _____ | ☐ Yes |
| | | ☐ No |
| _____ | _____ | ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ■ No

   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. $ _____ 1,220.00

   If not included in line 4:

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1 **Charles Edgar Wood**
Debtor 2 **Juanita Genevieve Wood**                    Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 125.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 385.00 |
| | 6d. Other. Specify: **lawn, pool, terminix** | 6d. $ | 225.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 710.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 142.00 |
| 10. | **Personal care products and services** | 10. $ | 69.00 |
| 11. | **Medical and dental expenses** | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 75.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 150.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 175.00 |
| | 15b. Health insurance | 15b. $ | 100.00 |
| | 15c. Vehicle insurance | 15c. $ | 86.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 294.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | Other: Specify: **misc** | 21. +$ | 281.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 4,787.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 4,787.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 9,145.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 4,787.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | 4,358.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here: _____